NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1046

STATE OF LOUISIANA

VERSUS

FREDDIE JOHNSON

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 85010
HONORABLE KRISTIAN EARLES, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. DAVID PAINTER**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Michael G. Sullivan, and J. David Painter, Judges.

**AFFIRMED AND REMANDED WITH INSTRUCTIONS.**

G. Paul Marx
Louisiana Appellate Project
P.O. Box 82389
Lafayette, LA  70598
Counsel for Defendant-Appellant:
    Freddie Johnson

William T. Babin
Assistant District Attorney
P.O. Box 3306
Lafayette, LA  70502
Counsel for Appellee:
    State of Louisiana